# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
Andrew P. Pfeifer                         §       Case No. 07-57325
Angelique S. Pfeifer                      §
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Amy L. Bostic, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Amy L. Bostic _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AMC Mortgage Services 505 City Pkwy W., #10 Orange, CA 92868 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co. 7485 New Horizon Way Frederick, MD 21 | | | | | |
| | Chase Manhattan Mortgage 10790 Rancho Bernardo Rd. San Diego | | | | | |
| | Crevecor Mortgage, Inc. 1150 Hanley Industrial Ct. Saint Lou | | | | | |
| | Crevecor Mortgage, Inc. 1150 Hanley Industrial Ct. Saint Lou | | | | | |
| | HSBC/MS PO Box 2393 Brandon, FL 33509 | | | | | |
| | HSBC/MS PO Box 2393 Brandon, FL 33509 | | | | | |
| | Home Loan Services, Inc. 150 Allegheny Center Mall Pittsburg | | | | | |
| | Homecomings Financial PO Box 890036 Dallas, TX 75389 | | | | | |
| | Homecomings Financial PO Box 890036 Dallas, TX 75389 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IndymacBank 1 National City Parkway Kalamazoo, MI 49009 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Houston, TX 77036 | | | | | |
| | MILA, Inc. Customer Services MSN SV-26B PO Box 10229 Van Nuy | | | | | |
| | OCWEN aka HomeSide Lending PO Box 47524 San Antonio, TX 7826 | | | | | |
| | Ocwen Loan Servicing, LLC 12650 Ingenuity Dr. Orlando, FL 32 | | | | | |
| | Phillip D. Murphy Muskingum County Treasurer 401 Main St Zan | | | | | |
| | Representing: AMC Mortgage Services | | | | | |
| | Representing: Americas Servicing Co. | | | | | |
| | Representing: Chase Manhattan Mortgage | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: HSBC/MS | | | | | |
| | Representing: Homecomings Financial | | | | | |
| | Representing: Homecomings Financial | | | | | |
| | Representing: Litton Loan Servicing | | | | | |
| | Representing: Litton Loan Servicing | | | | | |
| | Representing: Wilshire Credit | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Richard Cordray Franklin County Treasurer 373 S. High St., 1 | | | | | |
| | Wilshire Credit PO Box 8517 Portland, OR 97207 | | | | | |
| | Wilshire Credit PO Box 8517 Portland, OR 97207 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Bostic | | | | | |
| Amy L. Bostic | | | | | |
| MRSC Insurance Partners, LLC | | | | | |
| Clerk, United States Bankruptcy Court | | | | | |
| Amy L. Bostic and Luper Neidenthal & Logan | | | | | |
| Luper Neidenthal & Logan | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Reynoldsburg 7232 E. Main St. Reynoldsburg, OH 43068 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | American Express Bank FSB | | | | | |
| 6 | American Express Centurion Bank | | | | | |
| | Att&t Universal/ Citibank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | BCCI A Division of Express PRA 7001 Post Rd., Ste. 200 Dubli | | | | | |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348 | | | | | |
| | Bmw Financial Services 5515 Parkcenter Cir Dublin, OH 43017 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CashLand | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase Auto Finance National Recovery Group PO Box 29505 Phoe | | | | | |
| 4 | Chase Bank USA NA | | | | | |
| 3 | Chase Bank USA NA | | | | | |
| | CheckSmart 7001 Post Road, Ste. 200 Dublin, OH 43016 | | | | | |
| 9 | Citicorp Trust Bank | | | | | |
| | Citifinancial Retail S Po Box 22066 Tempe, AZ 85285 | | | | | |
| | Citifinancial Retail S Po Box 499 Hanover, MD 21076 | | | | | |
| | Citifinancial Retail S Po Box 499 Hanover, MD 21076 | | | | | |
| 7 | City of Columbus | | | | | |
| | Collegiate Funding Svc 10304 Spotsylvania Ave S Fredericksbu | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collegiate Funding Svc 10304 Spotsylvania Ave S Fredericksbu | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Columbus-City Treaurser Water and Sewer Services PO Box 1828 | | | | | |
| | Deluxe Business Checks and Solutions PO Box 742572 Cincinnat | | | | | |
| 1 | Discover Bank | | | | | |
| 2 | Ffcc-columbus Inc | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 4322 | | | | | |
| | Fifth Third Bank Fifth Third Center Cincinnati, OH 45263 | | | | | |
| | G M A C 25000 Great Northern Ctr North Olmsted, OH 44070 | | | | | |
| | Gemb/jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | International Masters Publishers, Inc. 948 Plaza Dr. Montour | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lifestyle Family Fitness 140 Fountain Parkway, Ste. 410 Sain | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | NCO Financial Systesm, Inc. Dept 07 PO Box 15760 Wilmington, | | | | | |
| | Nationwide Credit, Inc. 4700 Vestal Parkway East Vestal, NY | | | | | |
| | North Shore Agency, Inc. 751 Summa Ave. Westbury, NY 11590 | | | | | |
| | Ohio Depart. of Jobs and Family Service PO Box 182404 Columb | | | | | |
| | Ohio Dept. of Job & Family Services P O Box 182404 Columbus, | | | | | |
| | Representing: Att&t Universal/ Citibank | | | | | |
| | Representing: Chase | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Citifinancial Retail S | | | | | |
| | Representing: Citifinancial Retail S | | | | | |
| | Representing: G M A C | | | | | |
| | Representing: Gemb/jcp | | | | | |
| | Representing: North Shore Agency, Inc. | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Time Life Virginia Beach, VA 23479-1002 | | | | | |
| | Time Life Virginia Beach, VA 23479-1002 | | | | | |
| | Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | | | | |
| | Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | | | | |
| | Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## Document Page 12 of 21

## ASSET CASES

Exhibit 8

| Case No: | 07-57325 | CKP | Judge: | C. Kathryn Preston | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|---|---|---|
| Case Name: | Andrew P. Pfeifer | | | | | Date Filed (f) or Converted (c): | 09/14/07 (f) |
| | Angelique S. Pfeifer | | | | | 341(a) Meeting Date: | 10/15/07 |
| For Period Ending: 08/01/11 | | | | | | Claims Bar Date: | 04/26/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residential Real Estate 132 Tranquil Way Mansfield, Ohio 449 | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Rental Property 6817 Ardelle Dr. Reynoldsburg, Ohio 43068 | 154,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | Rental Property 655 Bainbrook Court Reynoldsburg, Ohio 43068 | 138,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Rental Property 1591 Republic Ave. Columbus, Ohio 43211 | 56,400.00 | 9,351.00 | OA | 0.00 | FA |
| 5 | Rental Property 1838 Kermit Ave Columbus, Ohio 43207-1639 | 79,300.00 | 0.00 | OA | 0.00 | FA |
| 6 | Rental Property 2363 East Strimple Ave. Columbus, Ohio 43229 | 118,600.00 | 0.00 | OA | 0.00 | FA |
| 7 | Rental Property 17169 Road 63 Antwerp, Ohio 45813 | 50,000.00 | 970.16 | OA | 0.00 | FA |
| 8 | Rental Property 2196 Safford Ave. Columbus, Ohio 43223 | 58,600.00 | 0.00 | OA | 0.00 | FA |
| 9 | Rental Property 6709 Red Coach Lane Reynoldsburg, Ohio 43068 | 134,900.00 | 15,000.00 | OA | 15,000.00 | FA |
| 10 | cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | checking account Key Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | term only NCV | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | has not filed taxes for 2006 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2005 owed | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | family pets 1 dog and 2 cats | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2007 Income Tax Refunds (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | TIMESHARE CALYPSO CAY VACATION VILLAS | 20,000.00 | 0.00 | DA | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.17 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,113,650.00 | $25,321.16 | | $15,003.17 | $0.00 |
|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 07-57325 | CKP | Judge: | C. Kathryn Preston | Trustee Name: | Amy L. Bostic |

Case No:     07-57325     CKP     Judge:   C. Kathryn Preston

Case Name:   Andrew P. Pfeifer
             Angelique S. Pfeifer

For Period Ending: 08/01/11

Trustee Name:                          Amy L. Bostic
Date Filed (f) or Converted (c):   09/14/07 (f)
341(a) Meeting Date:                  10/15/07
Claims Bar Date:                       04/26/10

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05/05/11: Final Distribution checks have been issued. Waiting for zero bank statement in order to prepare Final Account. (SCHAFIN3)

March 2011: Final Report submitted to United States Trustee. (SCHAFIN3) 03/17/11

February 2011: Notice of Intent to Submit Final Report filed. Waiting for Clerk's Certification of Record to be issued. (SCHAFIN3) 02/28/11

RE PROP #    9    --    7/19/10 - Trustee signed abandonment

Initial Projected Date of Final Report (TFR):   10/29/08        Current Projected Date of Final Report (TFR):   03/17/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 07-57325 | Trustee Name: Amy L. Bostic | |
| Case Name: Andrew P. Pfeifer | Bank Name: BANK OF AMERICA, N.A. | |
| Angelique S. Pfeifer | Account Number/CD#: XXXXXX3747 - Money Market - Interest | |
| Taxpayer ID No: XX-XXX1924 | Blanket Bond (per case limit): $2,000,000.00 | |
| For Period Ending: 08/01/11 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/10 | 9 | Stewart Title Guaranty Co | REntal property payment | 1110-000 | 15,000.00 | | 15,000.00 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.05 | | 15,000.05 |
| 06/02/10 | 18 | US Treasury | TAX REFUND-07 Check was returned by IRS marked "Stale". New check being issued by IRS to replace same. (SCHAFIN) 07/19/10 | 1224-000 | 96.35 | | 15,096.40 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,096.78 |
| 07/19/10 | 18 | US Treasury | Check was returned by IRS because it was "stale". New check being sent by IRS. (SCHAFIN) 07/19/10 | 1224-000 | -96.35 | | 15,000.43 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,000.81 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,001.19 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,001.56 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,001.94 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.37 | | 15,002.31 |
| 12/15/10 | 000101 | MRSC Insurance Partners, LLC | Invoice #80337 | 2300-000 | | 19.34 | 14,982.97 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,983.35 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,983.73 |
| 02/28/11 | INT | | Interest | 1270-000 | 0.10 | | 14,983.83 |
| 02/28/11 | | Transfer to Acct#XXXXXX1717 | Transfer of Funds | 9999-000 | | 14,983.83 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 15,003.17 | 15,003.17 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,983.83 | |
| Subtotal | 15,003.17 | 19.34 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 15,003.17 | 19.34 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 15,003.17 | 15,003.17 |

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-57325
Case Name: Andrew P. Pfeifer
Angelique S. Pfeifer
Taxpayer ID No: XX-XXX1924
For Period Ending: 08/01/11

Trustee Name:  Amy L. Bostic
Bank Name:  BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX1717 - Checking - Non Interest
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/11 | | Transfer from Acct#XXXXXX3747 | Transfer of Funds | 9999-000 | 14,983.83 | | 14,983.83 |
| 05/05/11 | 001001 | Amy L. Bostic
50 West Broad Street, Suite 1200
Columbus OH 43215 | (Final distribution to Claim Trustee, representing a Payment of 100.00% per court order.) | 2100-000 | | 2,250.32 | 12,733.51 |
| 05/05/11 | 001002 | Amy L. Bostic
50 West Broad Street, Suite 1200
Columbus OH 43215 | (Final distribution to Claim Expenses, representing a Payment of 100.00% per court order.) | 2200-000 | | 17.50 | 12,716.01 |
| 05/05/11 | 001003 | Clerk, United States Bankruptcy Court | (Final distribution to Claim USBC, representing a Payment of 100.00% per court order.)
Adv. Case No. 08-2010 | 2700-000 | | 250.00 | 12,466.01 |
| 05/05/11 | 001004 | Amy L. Bostic and Luper Neidenthal & Logan | (Final distribution to Claim Atty Fee, representing a Payment of 100.00% per court order.) | 3110-000 | | 6,500.00 | 5,966.01 |
| 05/05/11 | 001005 | Luper Neidenthal & Logan
50 W. Broad St., Ste. 1200
Columbus, OH 43215 | (Final distribution to Claim Atty Exp, representing a Payment of 100.00% per court order.) | 3120-000 | | 230.22 | 5,735.79 |
| 05/05/11 | 001006 | Discover Bank
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025 | (Final distribution to Claim 1, representing a Payment of 10.80% per court order.) | 7100-000 | | 1,047.97 | 4,687.82 |
| 05/05/11 | 001007 | Ffcc-columbus Inc
Acct No 6566992
1550 Old Henderson Rd St
Columbus, OH 43220 | (Final distribution to Claim 2, representing a Payment of 10.80% per court order.) | 7100-000 | | 159.67 | 4,528.15 |
| 05/05/11 | 001008 | Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145 | (Final distribution to Claim 3, representing a Payment of 10.80% per court order.) | 7100-000 | | 1,452.32 | 3,075.83 |

Page Subtotals                14,983.83        11,908.00

**FORM 2**                                                                                     Page: 3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-57325                                          Trustee Name:  Amy L. Bostic
Case Name:  Andrew P. Pfeifer                              Bank Name:  BANK OF AMERICA, N.A.
Angelique S. Pfeifer                                       Account Number/CD#:  XXXXXX1717 - Checking - Non Interest
Taxpayer ID No: XX-XXX1924                                 Blanket Bond (per case limit): $2,000,000.00
For Period Ending: 08/01/11                                Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/11 | 001009 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 4, representing a Payment of 10.80% per court order.) | 7100-000 | | 536.14 | 2,539.69 |
| 05/05/11 | 001010 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 5, representing a Payment of 10.80% per court order.) | 7100-000 | | 1,835.06 | 704.63 |
| 05/05/11 | 001011 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 6, representing a Payment of 10.80% per court order.) | 7100-000 | | 308.52 | 396.11 |
| 05/05/11 | 001012 | City of Columbus<br>Dept. of Public Utilites<br>910 Dublin Road<br>Columbus, OH 43215 | (Final distribution to Claim 7, representing a Payment of 10.80% per court order.) | 7100-000 | | 321.23 | 74.88 |
| 05/05/11 | 001013 | CashLand<br>Acct No 783141<br>17 Triangle Park<br>Cincinnati, OH 45246 | (Final distribution to Claim 8, representing a Payment of 10.80% per court order.) | 7100-000 | | 74.88 | 0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| COLUMN TOTALS | | 14,983.83 | 14,983.83 | 0.00 |
| Less: Bank Transfers/CD's | | 14,983.83 | 0.00 | |
| Subtotal | | 0.00 | 14,983.83 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 0.00 | 14,983.83 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | | | |
| Money Market - Interest - XXXXXX3747 | 15,003.17 | 19.34 | 0.00 |
| Checking - Non Interest - XXXXXX1717 | 0.00 | 14,983.83 | 0.00 |
| Page Subtotals | 0.00 | 3,075.83 | |

**FORM 2**
Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-57325
Case Name: Andrew P. Pfeifer
Angelique S. Pfeifer
Taxpayer ID No: XX-XXX1924
For Period Ending: 08/01/11

Trustee Name: Amy L. Bostic
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX1717 - Checking - Non Interest
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

Total Allocation Receipts: 0.00
Total Net Deposits: 15,003.17
Total Gross Receipts: 15,003.17

-------------------------
15,003.17
================
(Excludes account transfers)

-------------------------
15,003.17
================
(Excludes payments to debtors)

-------------------
0.00
===========
Total Funds on Hand

Page Subtotals                    0.00            0.00